UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: KATZ MELINGER PLLC

LEONARD DAVIS, ARNOLD JOSEPH, AND GREGORY MARTIN,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

                                                              Plaintiff(s)

                              - against -

AFFORDABLE SELF STORAGE NY INC., ETAL

                                                              Defendant(s)

Index # 1:18-CV-00026-WFK-SJB

Purchased January 3, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 18, 2018 at 01:41 PM at

C/O AFFORDABLE SELF STORAGE NY INC.
1680 ATLANTIC AVENUE
BROOKLYN, NY 11213

deponent served the within SUMMONS AND COMPLAINT on DAVID DAMAGHI therein named.

**INDIVIDUAL**    by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | TAN | GRAY | 45 | 5'11 | 180 |

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  January 19, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**MOHAMED HUSSEIN**
License #: 2047473

Invoice #: 686890

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045