**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONAR DAVIS, ARNOLD JOSEPH, AND GREGORY MARTIN, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AFFORDABLE SELF STORAGE NY INC., AFFORDABLE SELF STORAGE USA INC., AND DAVID DAMAGHI <br><br> Defendants. | Case No. 1:18-CV-0026 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that ANTHONY R. PORTESY Esq., an associate attorney at Varacalli & Hamra, LLP, hereby enters his appearance on behalf of Defendants, AFFORDABLE SELF STORAGE NY INC., AFFORDABLE SELF STORAGE USA INC., and DAVID DAMAGHI in the above-entitled action. I am admitted to practice in this court and my bar number is AP-3804. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: June 21, 2018
     New York, NY

                              VARACALLI & HAMRA, LLP

                              _____
                              ANTHONY R. PORTESY, ESQ.
                              *Attorneys for Defendants*
                              32 Broadway, Suite 1818
                              New York, NY 10004
                              Tel.: (646) 590-0571
                              Fax.: (646) 619-4012
                              E-mail: APORTESY@svhllp.com